UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT CARROLL,<br><br>        Plaintiff,<br><br>    v.<br><br>KIRBY CHRISTOFF, et al.,<br><br>        Defendants. | Case No. 21-cv-09933-JD<br><br>**ORDER RE MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 35 |

Plaintiff, a state prisoner, filed a pro se civil rights action under 42 U.S.C. § 1983. Defendants filed a motion to dismiss on November 8, 2022. Plaintiff's motion for an extension was granted and he was provided until January 13, 2023, to file an opposition. Plaintiff did not meet that deadline. The Court provided plaintiff an opportunity to file an opposition by February 13, 2023. Plaintiff was advised that failure to file an opposition may result in the dismissal of the action. Plaintiff did not file an opposition or otherwise communicate with the Court. Plaintiff was provided one final opportunity to file an opposition by March 15, 2023, and was informed that failure to meet the deadline would result in dismissal pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff did not file an opposition or otherwise communicate with the Court.

Consequently, the case is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The pending motion to dismiss (Dkt. No. 35) is denied as moot. The Clerk is requested to close this case.

**IT IS SO ORDERED.**

Dated: April 18, 2023

JAMES DONATO
United States District Judge